IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, ) | |
| United States Department of Labor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:14-cv-00320-JDL |
| ) | |
| PORTLAND, MAINE AREA LOCAL NO. 458, ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENTRY OF ORDER**

Plaintiff, Thomas E. Perez, Secretary of Labor ("Secretary"), on consent of the Defendant, Portland, Maine Area Local No. 458, American Postal Workers Union ("Local 458" or "Defendant"), by and through undersigned counsel, hereby requests that the Court enter the parties' proposed order (the "Proposed Order") attached hereto.

1.      On April 17, 2015, the Plaintiff filed a Stipulation of Settlement and Dismissal (ECF No. 26), to resolve in full by way of settlement the allegations comprising this action by conducting a new election under the supervision of the Secretary and, as necessary, new nominations limited to the prior nominees, for the offices of General President and General Vice President no later than four months from the date the Stipulation of Settlement and Dismissal is so-ordered by the Court.  The Parties further stipulated and agreed for those elected to office in the supervised election to be installed as soon as practicable after the Secretary certifies to the Court the names of these elected persons.

2.       Accordingly, entry of the Proposed Order is sought to the effect that upon completion of the terms of the Parties' agreement as detailed by the Stipulation of Settlement and Dismissal and certification by the Secretary, the matter be dismissed, and that the Court retain jurisdiction over this action to enforce the terms of this stipulation of settlement and dismissal for the sole purpose of resolving any disputes between the parties with respect to the enforcement of any provision of the Stipulation of Settlement and Dismissal.

3.       The Proposed Order has further been filed by e-mail in word processing format pursuant to Appendix IV of the Local Rules, Administrative Procedures Governing the Filing and Service by Electronic Means Rule (k)(1).

WHEREFORE, Plaintiff respectfully requests that the Court enter the Proposed Order as submitted in this matter.


Dated: April 17, 2015                                  Respectfully Submitted,
       Portland, Maine


                                                       THOMAS E. DELAHANTY
                                                       United States Attorney


                                                       By: /s/ *Andrew K. Lizotte*
                                                       Andrew K. Lizotte, AUSA
                                                       United States Attorney's Office
                                                       100 Middle Street, 6th Fl., E. Tower
                                                       Portland, ME 04101
                                                       (207) 771-3246
                                                       Andrew.Lizotte@usdoj.gov
                                                       Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, I electronically filed the foregoing using the CM/ECF system, which will send notifications of such filing(s) to the following:

Gregg R. Frame, Esq.
Taylor McCormack & Frame LLC
30 Milk Street, Fifth Floor
Portland, ME 04101
gframe@tmfattorneys.com
(207) 828-2005
*Counsel for Defendant*

Thomas E. Delahanty II
United States Attorney

/s/ Andrew K. Lizotte
Andrew K. Lizotte
Assistant U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 771-3246
Andrew.Lizotte@usdoj.gov