IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

THOMAS E. PEREZ, Secretary of Labor,  )
United States Department of Labor,    )
                                      )
                      Plaintiff,      )
                                      )
              v.                      )    Civil Action No. 2:14-cv-00320-JDL
                                      )
PORTLAND, MAINE AREA LOCAL NO. 458, )
AMERICAN POSTAL WORKERS UNION,        )
                                      )
                      Defendant.      )

**[Proposed] ORDER**

IT IS HEREBY ORDERED that, upon completion of the terms of the Parties' agreement

as detailed by the stipulation of settlement and dismissal (ECF No. 26, Apr. 17, 2015) and

certification by the Secretary, this matter be dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this action to

enforce the terms of this stipulation of settlement and dismissal for the sole purpose of resolving

any disputes between the parties with respect to the enforcement of any provision therein.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
JON D. LEVY
UNITED STATES DISTRICT JUDGE